UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 28 AM 8:54
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>ARNULFO MARTINEZ-SEGOVIA,<br><br>                Defendant. | CASE NO. 08CR2170-WQH<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

___    of the offense(s) of:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 25, 2008

_____
LEO S. PAPAS
UNITED STATES DISTRICT JUDGE


ENTERED ON _____