# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)  CASE NUMBER __08CR2170__
vs )
)  ABSTRACT OF ORDER
ARNULFO MARTINEZ-SEGOVIA )
A.K.A PEDRO MERGIL-VARGAS )  Booking No. _____

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __7/25/8__
the Court entered the following order:

__X__ Defendant be released from custody. **AS TO THIS CASE ONLY!**

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

__X__ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

__X__ Other. **CHARGES PENDING IN 08CR2422-WQH**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

OR
W. SAMUEL HAMRICK, JR.   Clerk
by
J. JARABEK   Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)   ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY